**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| VOTEVETS ACTION FUND, <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, *et al.*, <br><br> *Defendants.* | No. 18-cv-1925 (TJK) |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff VoteVets Action Fund, by and through undersigned counsel, respectfully move

for a six-day extension of time, through and including December 6, 2018, to respond to

Defendants' motion to dismiss. Plaintiff's response is currently due on November 30, 2018.

Plaintiff is requesting the extension due to the press of business in other cases being handled by

counsel, which include the anticipated filing of a new lawsuit on November 28, 2018, the

anticipated filing of a petition for writ of mandamus on November 29, 2018, and a deadline to

respond to a motion to intervene on December 4, 2018. Plaintiff has not previously requested an

extension of the deadline to respond to Defendants' motion to dismiss in this case. The

undersigned counsel has conferred with Defendants' counsel, who has represented that

Defendants will not oppose the requested extension. A proposed order accompanies this motion.

Dated:  November 27, 2018

Respectfully submitted,

/s/ *Adam Grogg*
Adam Grogg (D.C. Bar No. 1552438)
Karianne M. Jones (D.C. Bar No. 187783)
Javier M. Guzman (D.C. Bar No. 462679)
Democracy Forward Foundation
1333 H St. NW

2

Washington, DC  20005
(202) 448-9090
agrogg@democracyforward.org
kjones@democracyforward.org
jguzman@democracyforward.org

*Counsel for Plaintiff*